IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JASON D ALSTON                                                                                           PLAINTIFF

V.                                                                              CAUSE NO. 4:16CV00236-DMB-JMV

MISSISSIPPI DEPARTMENT OF TRANSPORTATION                                                DEFENDANT

### ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling . . . a motion asserting . . . a[] jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." Because defendant has raised the issue of subject matter jurisdiction by separate motion [41],

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings and the case management conference are hereby **STAYED** pending a ruling on the jurisdiction motion.

This 7th day of April, 2017.

/s/ Jane M. Virden
U.S. Magistrate Judge