**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**JASON D. ALSTON**                                                                                     **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 4:16-cv-236-DMB-JMV**

**MISSISSIPPI DEPARTMENT OF TRANSPORTATION**                      **DEFENDANT**

### ORDER VACATING ORDER [48]

The Order [48] denying [44] Motion for Judgment as a Matter of Law is hereby VACATED. A report and recommendation for consideration by the district judge will be entered in its stead.

**SO ORDERED**, this the 1st day of June, 2017.

                                                                         /s/ Jane M. Virden
                                                                         **UNITED STATES MAGISTRATE JUDGE**