IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JASON D ALSTON                                                                                          PLAINTIFF

V.                                                                          CAUSE NO. 4:16CV00236-DMB-JMV

MISSISSIPPI DEPARTMENT OF TRANSPORTATION                                      DEFENDANT

**ORDER**

Before the court is Plaintiff's motion [52] to compel initial disclosures. Having considered the submissions of the parties, the record, and the applicable law, the court rules as follows:

Plaintiff essentially argues defendant has failed to provide initial disclosures that comply with the requirements of FED.R.CIV.P. 26(a)–quite the contrary of defendant's assertion that Plaintiff's claim is no disclosures were provided. Plaintiff's motion is denied without prejudice because the motion fails to specify in what regard the disclosures are insufficient and because all discovery is currently stayed in this matter. And, Plaintiff provides no cause why this court should grant him relief from the prior Order [45] which stayed discovery. Once the stay is lifted, Plaintiff may reurge the motion (if necessary), which motion should include details of why the disclosures fail to comply with the rule and details of good faith attempts to resolve the issue of the specified deficiencies.

**SO ORDERED** this 5th day of July, 2017.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE