IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JASON D ALSTON**   **PLAINTIFF**

**V.**   **CAUSE NO. 4:16CV00236-DMB-JMV**

**MISSISSIPPI DEPARTMENT**
**OF TRANSPORTATION**   **DEFENDANT**

## ORDER

Before the Court is Plaintiff's "Freedom of Information Act Request" [119] asserted pursuant to "5 U.S.C. § 552, the Privacy Act 5 U.S.C. § 552(a) [sic] and Mississippi Public Records Act § 25-61-1 Et Seq." Having thoroughly considered the filing, with respect to the Freedom of Information Act, the undersigned would simply direct all interested parties to 5 U.S.C. §552(f) (adopting "agency" definition at 5 U.S.C. § 551(1)(B), specifically excluding "the courts of the United States"). As concerns the Privacy Act, *see* 5 U.S.C. §552a(a)(1) for the definition of applicable agencies. Finally, with respect to the "Mississippi Public Records Act," parties are directed to MISS. CODE ANN. § 25-61-3 (West 2018), which defines applicable state "public bodies" or entities and "public records."

This 25th day of July, 2018.

                         /s/ Jane M. Virden
                         U. S. MAGISTRATE JUDGE