IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JASON D. ALSTON                                                                                      PLAINTIFF

V.                                                                              NO. 4:16-CV-236-DMB-JMV

MISSISSIPPI DEPARTMENT OF
TRANSPORTATION                                                                                 DEFENDANT

## ORDER

This matter is before the Court on the motion of Plaintiff to Recuse or Disqualify the undersigned Magistrate Judge [103]. The Court, having considered the same, finds, on the bases of the applicable authority and for the same reasons set forth in the Order of District Court Judge Debra M. Brown [134], that the motion should be denied.

Accordingly, the Plaintiff's Motion for Recusal [103], in so far as it relates to the undersigned, is hereby **DENIED**.

**SO ORDERED** this 24th day of October, 2018.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**